**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SYED ALAMGIR AHMED,

                     Plaintiff,

                                                21 **CIVIL** 3113 (CS)

       -against-

DOMINO'S PIZZA LLC, 3441 OSSINING
PIZZA, LLC, and ROB COOKSTON,

                     Defendants.
-----------------------------------------------------------X
 ABDULLAH AL MAMUN,

                     Plaintiff,                 21 **CIVIL** 3203 (CS)

       -against-                   **JUDGMENT**

DOMINO'S PIZZA LLC, 3441 OSSINING
PIZZA, LLC, and ROB COOKSTON,

                     Defendants.
-----------------------------------------------------------X

            It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated

in the Court's Memorandum Opinion & Order dated July 11, 2022, Defendants' motion to compel

arbitration is DENIED and Defendants' motion to dismiss is GRANTED. The FLSA claims are

dismissed with prejudice and the NYLL claims are dismissed without prejudice; accordingly, the

cases are closed.

**Dated:**  New York, New York
         July 11, 2022

                                   **RUBY J. KRAJICK**

                                 _____
                                     **Clerk of Court**

             **BY:**        K. Mango

                                     _____
                                     **Deputy Clerk**